**No. 56906.**—Magnolia Liquor Co., Inc. *v.* United States, protest 179440–K/14041 (New Orleans).

Opinion by JOHNSON, J.  At the trial the customs inspector who examined the shipment at the time of unlading testified that there was a shortage of eight cases which were not received with the shipment.  In accordance with stipulation of counsel that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty and internal revenue tax are not assessable upon the eight cases of brandy reported as short at the time the shipment was discharged from the vessel.  The protest was sustained to this extent.